UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Etienne Choquette
(Name of Plaintiff)

vs.

Bernard Warner
et. al.

See following pages
(Names of Defendant(s))

3:15-cv-05838-BHS-JRC

**SECOND AMENDED**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes     ☑ No

B. If your answer to A is yes, how many?:_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff:_____

Defendants:_____
_____

2

Defendants

1. William Hayes: Head of Dept of corrections pharmacy

2. Cris DuVall: chairperson for pharmacy committee 12-2-13

3. Michelle Southern: chairperson for pharmacy committee 1-7-14

4. G. Steven Hammond M.D.: Head of care review committee for D.O.C.

5. Kelly Remy PA-C: voteing member C.R.C. 1-29-14    4-23-14

6. Kenneth Lauren M.D.: voteing member C.R.C. 1-29-14    4-23-14

2



7. Christine Bunnel PA-C; voteing member

C.R.C.  1-29-14   4-23-14

8. Bo Stanbury PA-C; voteing member

C.RC.  1-29-14  4-23-14

9. Mary Keppler ARNP; voteing member

C.R.C.  1-29-14   4-23-14

10. Patricia Cristianson PA-C; voteing member

C.R.C.  1-29-14   4-23-14

11. Frank Longana M.D.; voteing member

C.R.C.  1-29-14   4-23-14

12. William Rollins M.D.; voteing member

C.R.C.  1-29-14   4-23-14

13. Eric Larson ARNP; voteing member

CRC.  1-29-14   4-23-14

3

14. Joan Palmer: voteing member C.R.C.

1-29-14    4-23-14

15 Phu Ngo PA-C: voteing member

C.R.C. 1-29-14    4-23-14

16. Glen Silver ARNP: voteing member

C.R.C.    1-29-14    4-23-14

17. H. Son Reyes PA-C: voteing member

C.R.C.    1-29-14    4-23-14

18. E. Moore PA-C: voteing member

C.R.C.    1-29-14    4-23-14

19. kenneth Sawyer M.D.: voteing member

CRC    1-29-14    4-23-14

4

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

**II. Place of Present Confinement:** Washington State Pen

A. Is there a prisoner grievance procedure available at this institution?  ☑ Yes    ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☑ Yes    ☐ No

If your answer is NO, explain why not:

_____

_____

C. Is the grievance process completed?    ☑ Yes    ☐ No

**If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**III. Parties to this Complaint**

A. Name of Plaintiff: Etienne Choquette Inmate No.: 345717

Address: W.S.P. 1313 n13th ave  Walla Walla Wa 99362

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: following pages    Official Position: _____

Place of employment: _____

3

5

CONFIDENTIAL
GRIEVANCE COORDINATOR

MCC-WSK
WSR-INF
H008A

| | LOG I.D. NUMBER/NUM. DE REGISTRO |
|---|---|
| | 13551313 |

**Department of Corrections**
WASHINGTON STATE

(94)

**APPEAL TO LEVEL III**
**APELACIÓN AL 3ER NIVEL**

| Name:<br>Nombre: | Last<br>Apellido | First<br>Nombre | Middle<br>2do Nombre | DOC Number<br>Número DOC | Facility/Office<br>Institución/Oficina | Unit/Cell<br>Unidad/Celda |
|---|---|---|---|---|---|---|
| | Choquette, Etienne | | | 345717 | WSP | FW102 |

| PART A - APPEAL TO LEVEL III<br>PARTE A - APELACIÓN 3ER NIVEL | Date Typed / Fecha escrita a mano<br>2/4/14 | Due Date / Fecha de vencimiento<br>03/04/14 |
|---|---|---|

**I WANT TO GRIEVE / QUIERO QUEJARME DE:** I have been taking gabopentin for nerve pain for quite some time for my M.S. It has been taken away even though D.O.C.'s local neurologist recommended a 50% increase. Now I'm being told my nerve pain isn't a regular symptom of M.S. I can't tell you what I'm supposed to have or not supposed to have. I can only go by what's happening to me. I need my meds back as my symptoms are getting worse.

**SUGGESTED REMEDY / REMEDIO SUGERIDO:** Give me my meds back.

| /s/ J. Aiyeku | 2/5/14 | /s/ Etienne Choquette | 2/5/14 |
|---|---|---|---|
| Grievance Coordinator Signature<br>Firma del Coordinador de quejas | Date<br>Fecha | Grievant Signature<br>Firma del agraviado | Date<br>Fecha |

**PART B - LEVEL III RESPONSE/PARTE B - RESPUESTA 3ER NIVEL**

I reviewed your initial grievance as well as all appeals and responses.

DOC Director of Nursing B. Braid also reviewed this grievance and provided this response:

I reviewed your Level I and II grievance, the investigation, and the responses. I have read your Level III appeal. You grieve the medical management of your neurogenic pain from MS, specifically having your gabapentin stopped.

There is no evidence that you are being denied care that is medically necessary as defined in the DOC Offender Health Plan. It appears your providers are following the DOC Offender Health Plan guidelines for use of Gabapentin.

Your grievance is not supported and I councur with the Level I and II grievance responses. I encourage you to work collaboratively with your health care providers to attain the best medically necessary care for your health conditions.

You remain free to pursue additional care under the terms of DOC Policy 600.020, Offender Paid Health Care.

| | 3-21-14 |
|---|---|
| Assistant Secretary/Deputy Director/designee<br>Subsecretario/designado          Kevin Bovenkamp | Date<br>Fecha |

Distribution: Grievance Program Manager/Gerente del Programa de Quejas, Grievance Coordinator/Coordinador de Queja, Grievant/Quejante
DOC 05-169 E/S (Rev. 05/07/13)                                                                 DOC 550.100

6

Defendants

1. Bernard Warner: official position
Secretary of Dept of Corrections
employer: Washington State Dept of
corrections

2. William Hayes: Head of pharmacy:
washington state dept. of corrections.

3. Cris Duval: Pharm D: Washington
State dept. of corrections

4. Michelle Southern: Pharm D: washington
State dept. of corrections

5. G. Steven Hammond: M.D.: Washington
State dept of corrections

7

6. Kelly Remy: PA-C: Washington State dept. of corrections.

7. Kenneth Lauren: M.D.: Washington State dept. of corrections.

8. Christine Bunnel: PA-C: Washington state dept. of corrections.

9. Bo Stanbury: PA-C: Washington state dept. of corrections.

10. Mary Keppler: ARNP: Washington state dept. of corrections.

11. Patricia Cristianson: PA-C: Washington state dept. of corrections.

12. Frank Longana: M.D.: Washington state dept of corrections.

8

13. william Rollins; M.D.; washington state dept. of corrections

14. Eric Larson; ARNP; washington state dept. of corrections.

15. Joan Palmer; unknown; Washington state dept. of corrections,

16. Phu Ngo; PA-C; washington state dept. of corrections.

17. Glenn Silver; ARNP; washington state dept. of corrections.

18. H. Jon Reyes; PA-C; washington state dept. of corrections.

19. E. moore; PA-C; washington state dept. of corrections

9

20) Kenneth Sawyer: M.D.; washington state dept of corrections.

C. Additional defendants

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

on following pages

Statement of claim

My name is Etienne Choquette. I am an inmate at washington state pen. My inmate number is 345717.

My claim is based on an 8th amendment violation. Specifically deliberate indifference to serious medical needs leading to extreme and un-needed pain and suffering to the extent of cruel and unusual punishment.

The dept. of corrections as policy, against a neurologist prescription, took me off of my gabopentin, a nerve pain medication for my M.S., with knowledge of my symtoms and the negative effect it would

have on me not haveing this medication.

In early 2013 my M.S. had advanced enough to cause an increase in nerve pain alot. On 11-7-13 I was taken to a neurologist in Walla Walla Wa. named Steven S. Chung M.D., After my examination he prescribed an increase in my nerve pain medication, gabopenton, from 2400mg a day to 3600mg a day.

I am includeing his report here.

ETIENNE CHOQUETTE [12/14/1963] [509-999-9999]
Adventist Health Medical Group

## Dictation and Reports       345717          11/07/2013

Neurology Consult

| | |
|---|---|
| Patient Name: CHOQUETTE, ETIENNE | Type: New Patient |
| DOB: 12/14/1963    AGE: 49 | Opened: 11/07/2013 07:32 |
| Provider: Stephen S. Chung, MD | By:   Kenna M. Wolfinbarger, MA |
| Date of Service: 11/07/13 | Close:  11/10/2013 12:31 |
| Type of Service:  Office Consultation | By: Stephen S. Chung, MD |
| Note Type: Neurology Consult | History Source: Patient |

Received
NOV 1 4 2013
Medical Records

**CHIEF COMPLAINT:**
Mr. Choquette presents for a new neuro conuslt regarding MS, Ref by Dr. John Smith, PCP @ WSP.

**HISTORY:**
The patient is a 49-year-old right hand dominant Caucasian male who was diagnosed with multiple sclerosis in 2009 by Dr. Ketan at Virginia Mason prior to his incarceration in September of 2009.  The history is taken from the patient as well as review of Dr. John Smith, medical office note dated September 17, 2013 and Dr. John Chapin note dated May 8, 2012.  I do not have any records from Virginia Mason. Apparently he was diagnosed with multiple sclerosis based on MRI of the brain and cervical spine MS plaque noted at C-3 level and new plaque found on C-7 level as well as in the left parietal area.  MRI if the lumbar spine at that time revealed disc extrusion at L5, S1 to the right with impingement on the right S1 nerve root.  Thoracic spine imaging apparently revealed no lesions.  He was initially started on Copaxone but he was switched to Avonex as that was the only disease-modifying therapy available in the Washington State Penitentiary.

Prior to that the patient states that he was using a scooter on and off starting in 2005 because of the lower extremity weakness.  The last time he used this scooter was in 2009.  Since that time he has been able to walk.

The patient is referred to me for evaluation of complaint of sensory change on the left side of his body and extremities starting several months ago. He states that it began near his navel area that wrapped around to the lower back then spread to the rib cage and to the groin area and then later to armpit and the left thigh over 3-6 weeks.  The left thigh numbness and tingling is intermittent now.  He has not had significant change to his gait; although occasionally he feels muscle spasm that bothers him.  He complaints of having "microspasms" in his legs, worse on the right side.  He described involuntary small amplitude progressing knee flexion followed by a sudden extension of the knee jerk.

He also complains of having "random sharp pain anywhere in my body."  He feels like bugs are crawling on his skin on occasion.

He has no overt urinary incontinence although he complains of having urinary frequency.  He has occasional dribbling after emptying his bladder.

**MEDS/ALLERGIES:**
MEDICATIONS:
Omeprazole 20 mg delayed release capsule 1 cap(s) PO once a day
interferon beta-1a 30 mcg/0.5 mL kit 1 IM 1X/W
diphenhydrAMINE 25 mg capsule 1 capsule po once a week with Avonex injection
ziprasidone 80 mg capsule 1 cap(s) PO once a day
Acetaminophen 500 mg tablet 1 tablet po q week with Avonex injection
Naproxen 500 mg tablet 1 tab(s) PO QDPC
Acetaminophen/Aspirin/Caffeine 250 mg-250 mg-65 mg tablet 2 tablet po qd prn migraine
ziprasidone 20 mg capsule 1 cap(s) PO BIDPC
LamoTRIgine 200 mg tablet 1 tab(s) PO BID
sertraLine 100 mg tablet 2 tab(s) PO once a day
busPIRone 15 mg tablet 2 tab(s) PO TID

[This report is continued on the following page]

ETIENNE CHOQUETTE [12/14/1963] [509-999-9999]

ETIENNE CHOQUETTE [12/14/1963] [509-999-9999]
Adventist Health Medical Group

## Dictation and Reports [Continued]

urology Consult [Continued]

Simvastatin 20 mg tablet 1 tab(s) PO once a day
metoprolol 25 mg tablet 1 tab(s) PO once a day
Baclofen 20 mg tablet 1 1/2 tablets po bid
Gabapentin 600 mg tablet 2 tab(s) PO BID
&nbsp

**PROBLEM LIST:**
CHRONIC:
UNKNOWN Multiple Sclerosis / MS
UNKNOWN Benign essential hypertension
UNKNOWN GERD
**SOCIAL HISTORY:**
Smoking Status:  Unknown if ever smoked.
**VITALS:**
**11-07-2013 08:07Weight:** 245 lbs**BMI:** 36.2**Pulse:** 60 BPM**BP:** 118 / 72   [lue - sit] **Resp:** 16 / min [unlab]**Height:** 69.0 in**Pain:** 6 of 10
**Comment:** Fall Risk Screen

History of falling:
Immediate or within 3 months?
No

**EXAM:**
GENERAL APPEARANCE - Well nourished and well developed..

HEAD - Normocephalic and atraumatic.

CONJUNCTIVA-LIDS - Sclera and conjunctiva without injection and non-icteric..

LUNGS - Normal breath sound throughout. No wheezes or rhonchi..

BREATHING PATTERN - Normal inspiration and expiration pattern.

HEART SOUNDS - Regular rhythm and rate. No murmurs. No extra heart sounds..

EXTREMITIES - No clubbing, cyanosis, or edema.

MENTAL STATUS - Affect is normal, mood congruent.

MENTAL STATUS EXAMINATION - Alert and oriented to time, place, person, and situation.  Normally attentive. Speech is normal. Memory is intact to recent and remote events..

CRANIAL NERVE EXAM
CN II (Optic) - visual acuity is grossly normal. Visual fields full to confrontation and Fundoscopic exam demonstrated normal disc margin, cup to disc ratio, without pailledema. Vessels surrounding the optic disc was normal.
CN II-III (pupil, eye lid opening) - The pupils are round and responsive to light with  direct and consensual response.
CN III-IV-VI (Extraocular movements) - Extraocular movements are full without pathological nystagmus.
CN V (Trigeminal) - Sensory division 1 - 3 examination by pinprick and light touch was normal.
CN VII (Facial) - There is symmetrical eye brow raising and  retraction of mouth..
CN VIII (Auditory) - Hearing is moderately reduced by finger rubbing.
CN IX-X (Glossopharyngeal and Vagus) - The soft palate and uvula are midline.
CN XI (Accessory) - There is symmetrical shoulder shrug and  sternocleidomastoid

[This report is continued on the following page]

From Compugroup Medical

ETIENNE CHOQUETTE [12/14/1963] [509-999-9999]
Adventist Health Medical Group

# Dictation and Reports [Continued]

11/07/2013

urology Consult [Continued]

strength.
CN XII (Hypoglossal) - Tongue protrudes midline.

MOTOR EXAM
Muscle tone - Muscle tone is increased, in the upper extremity, on the right side and with mild degree.
Muscle bulk - normal throughout.
Strength - is normal throughout.
Walking on toes - is normal.
Walking on heels - is normal.

COORDINATION
Finger-Nose-Finger test - normal.
Rapid Alternating Movement - finger tapping is and normal bilaterally.

GAIT AND STATION
Posture - is normal.
Station - rising from chair - normal without difficulty.
Station - normal stability.
Gait - Normal.
Romberg test - is negative.

SENSORY EXAMINATION
Pinprick sensation - reduced, in the upper extremity, in the lower extremity and on the left side.
Vibratory sensation - is mildly reduced in the toe and bilaterally.
Detail - Subjectively reduced vibration sensation 5 seconds on left and 8 seconds on right at the great toes..

DTRS
Grade - 2+ throughout. No ankle clonus.

BABINSKI SIGN - is absent.

ASSESSMENT:

340            Multiple Sclerosis / MS                    New Problem

COMMENT:
The patient's neurological examination is essentially normal except for subjectively reduced pinprick sensation over the left upper and lower extremities. However, his gait appears normal. He is able to walk on his toes and heels without difficulty. Tandem gait for two steps was unremarkable. However, the patient stopped stating that he is not able to perform tandem gait. Romberg testing was negative. His strength was normal. There is subtle increase in muscle tone in his left upper extremity, but otherwise he has normal muscle tone. There was no evidence for optic neuritis on funduscopy examination. His cognitive functioning appears intact. He is able to recall the date of his incarceration and the name of his previous neurologist. He is able to recount his recent symptoms without much difficulty. He does have mild reduced hearing loss which is chronic.

Based on my examination, I do not feel that the patient has a multiple sclerosis exacerbation. It appears that he remains stable on Avonex injection for multiple sclerosis.

However, he is experiencing chronic symptoms of multiple sclerosis primarily of muscle spasticity and neuropathic pain.

[This report is continued on the following page]

ETIENNE CHOQUETTE [12/14/1963] [509-999-9999]
Adventist Health Medical Group

## Dictation and Reports [Continued]

11/07/2013

rology Consult [Continued]

For the muscle spasticity/muscle spasm, baclofen may be increased to 30 mg three times a day.  For the neuropathic pain, the gabapentin may be increased with addition of 600 mg in the midday and consider increasing to 1200 mg three times a day thereafter.

I would recommend that he continue on Avonex, once a week injection, at 30 mcg.

I did not feel that there is a need for repeat MRI imaging at this time as the patient appears to be clinically stable.

My impression and recommendations were discussed with the patient.

DD:  11/7/13   SSC
DT:  11/8/13   skn

Signed off by: Stephen S. Chung, MD On: 11/10/13 at 12:31

Author:  Stephen S. Chung, MD

11-14-13

However at my yearly non-formulary drug review on 12-2-13 pharmacy, rather than follow the request and neurological recomendation, not only did not increase my medication but as per policy took me off of it.

Included here is the denial of my medication from pharmacy included on this page is the request from my PA-c So Phillips stateing my medications, Symptoms and the recomendations of Dr Steven S. Chung. With this information the pharmacy committee, chaired by Cris DuVall pharmD. Knowing the result of thier

18

actions, as policy, took my gabopenton prescription away from me.


Department of
**Corrections**
WASHINGTON STATE

Offender Name: **CHOQUETTE, ETIENNE**
DOC #: **345717**
Date of Birth: **12/14/1963**

## REQUEST TO USE NON-FORMULARY DRUG (NFR)

Facility: WSP

## DO NOT THIN

| PRACTITIONER |
|---|

- DIAGNOSIS other than Level I in OHP will require CRC approval prior to submission of NFR.

- NFR will be returned if the answers to questions 1-4 are blank or if insufficient data is provided.

- Fill out NFR electronically and email as an attachment to your local pharmacist designated by P&T Committee.

| | |
|---|---|
| Generic name: Gabapentin | *Received* |
| Brand name(s): Neurontin | |
| Dosage form, strength, frequency: 800 mg TID | DEC 05 2013 |
| Diagnosis(es) relevant to this request: Multiple sclerosis, Chronic back pain/DJD | Medical Records |
| Anticipated length of treatment: lifelong | |

1) Previous unsuccessful medication therapies including dosage, frequency, and duration: Has been on Gabapentin 800 TID, Baclofen 20 TID recently increased to 30 TID, Naproxyn 500/Tylenol 500, with Avonex since before DOC. Seen by Dr. Chung on 11/7/2013 who recommended increasing Gabapentin to 1200 mg TID. MRI in 2009 documented findings of right side herniated disc of L5-S1 impinging the nerve root, severe, sharp, piercing pain in right low back that caused him to fall to the ground, thus the need for a wheelchair. he walks limited distances; prolonged walking produces episodic severe back pain, that radiates down anterior thigh and calf of right leg. Assessment: intermittent and possibly continuous radiculopathy.

2) Measures (objective if applicable) used to determine failure of first line agents: On Geodon, Buspar, Lamicatal, and zoloft for MHI, Elavil, Tegretol, and Effexor are contraindicated.

3) Identify the benchmark or baseline (ie: functional deficit, lab values, ADLs, walking distance): uses wheelchair prn exacerbations. Has not needed one since being incarcerated.

4) Identify objective measure or specific goal(s) trying to achieve: ADLs

5) Were relevant protocols, algorithms, or guidelines followed?   ☒ Yes   ☐ No   ☐ N/A

6) Other explanation to support your request: Diagnosed with MS 2009; MVA 2000 -- chronic pain since.

   a) Web address:

   b) Copy attached: ☐

COPY

| Requested by (include title): Jo Phillips, PA-C | Date of Request: 11/27/2013 |
|---|---|

### ACTION BY PHARMACY AND THERAPEUTICS COMMITTEE
*A completed copy of this form must be placed in Legal section of patient's health record.*

A. Action: Denied

B. Comments: Clinical observation and management without gabapentin is recommended. Consider baclofen dose increase to max of 150 mg/day (divided doses).

C. KOP vs. PLN recommendation:

| Chairperson P&T Committee or Designee: Cris DuVall, PharmD | Date of Response: 12/02/2013 |
|---|---|

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-091 (01/10/2010)

LEGAL

20

Bernard Warner, Secretary of the Washington State dept. of corrections, at the time, being not only responsable for policy and those who work for or under him is ultimately responsable for this decision along with the pharmacy committee chaived by Cris DuVall. I, at this time, have not aquired the List of voteing members on this committee.

By useing policy to take away my medication for my very serious condition, against the recomendation of a respected neurologist the committee has not the education nor experience to refute,

they knowingly showed deliberate indifference to my condition. This being an 8th amendment violation against cruel and unusual punishment.

On 12-6-13 I filed a level 1 grievance in this matter.

As I was tapered off of my medication nerve pain and spasms became such an issue I was forced to quit my job in the unit pantry.

On 12-25-13 I recieved the denial for my level 1 grievance. On 12-26-13 I filed my level II.

My medical provider, Jo Phillips

22

PA-C again on 1-6-14 with reports of my increased symptoms and pain. Included, also again, is Dr. Chungs report and recomendations.

Included is the request my provider presented which clearly shows the results of policy and the committees decision.

Also included is page 2 of 2 of the pharmacy's denial. Public disclosure was unable to provide me page 1 of 2 without explanation, stateing the only off-Label use of gabopentin in M.S. has been Limited to

23

treatment of nystagmus. I found that this is a condition of involontary side to side rapid eye movement. Not a nerve pain issue as my condition. By useing this policy rather than the instructions of a neurologist, that Dept. of corrections picked, They prove deliberate indifference.

This time Michelle Sonthern was the committee chairperson.



Department of
**Corrections**
WASHINGTON STATE

Offender Name: **CHOQUETTE, ETIENNE**
DOC #: **345717**
Date of Birth: **12/14/1963**

**REQUEST TO USE NON-FORMULARY DRUG (NFR)**                    Facility: WSP

# DO NOT THIN

| PRACTITIONER |
|---|

- DIAGNOSIS other than Level I in OHP will require CRC approval prior to submission of NFR.

- NFR will be returned if the answers to questions 1-4 are blank or if insufficient data is provided.

- Fill out NFR electronically and email as an attachment to your local pharmacist designated by P&T Committee.

Generic name: Gabapentin

Brand name(s): Neurontin

Dosage form, strength, frequency: 800 mg TID

Diagnosis(es) relevant to this request:  Multiple sclerosis, Chronic back pain

Anticipated length of treatment: lifelong

1)  Previous unsuccessful medication therapies including dosage, frequency, and duration: Has been on Gabapentin 800 TID, Baclofen 30 TID recently increased to 50 TID, Naproxyn 500/Tylenol 500, with Avonex since before DOC. Seen by Dr. Chung on 11/7/2013 who recommended increasing Gabapentin to 1200 mg TID.  MRI in 2009 documented findings of right side herniated disc of L5-S1 impinging the nerve root, severe, sharp, piercing pain in right low back that caused him to fall to the ground, thus the need for a wheelchair.  he walks limited distances; prolonged walking produces episodic severe back pain, that radiates down anterior thigh and calf of right leg. Assessment:  intermittent and possibly continuous radiculopathy.

2)  Measures (objective if applicable) used to determine failure of first line agents: On Geodon, Buspar, Lamicatal, and zoloft for MHI, Elavil, Tegretol, and Effexor are contraindicated.

3)  Identify the benchmark or baseline (ie: functional deficit, lab values, ADLs, walking distance): uses wheelchair prn exacerbations. Has not needed one since being incarcerated. Gabapentin NFR was denied 12/2013.  It was recommended at that time to increase the Baclofin to 50 mg TID.  A taper of Gabapenin was started and Baclofen was increased in several steps.  Since then the patient reports that he is in pain all of the time.  He is experiencing nausea which he relates to the constant pain.  He has had to quit his job.  He is currently be treated with Promethazine 25 mg PO BID to control nausea.

4)  Identify objective measure or specific goal(s) trying to achieve: ADLs and beable to return to work.

5)  Were relevant protocols, algorithms, or guidelines followed?    ☒ Yes    ☐ No    ☐ N/A

6)  Other explanation to support your request: Diagnosed with MS 2009; MVA 2000 -- chronic pain since.  Patient has been tapered off Gabapentin with negative effects.  Recommendations for controlling pain have been followed without any benefit.  He was seen by Dr. Chung, MD (Neurologist), 11/2013, who recommended increasing his Gabapentin to control his pain secondary to MS.  I have reviewed UpToDate with regard to pain and MS.  UpToDate states that Sensory Symptoms may be "radicular pains also can be present, particulary in the low thoracic and abdominal regions.  In light of the patients loosing the ability to work, and a neurology consult recommending an increase in Gabapentin, I am requesting a new review of this patient's NFR.  He does not have a history of abuse, or re-directing.

    a)  Web address:

    b)  Copy attached: ☐

COPY

Requested by (include title): Jo Phillips, PA-C                    Date of Request: 01/06/2014

Received

JAN 09 2014

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-091 (01/10/2010)                                                                LEGAL

25

**REQUEST TO USE NON-FORMULARY DRUG**
Page 2 of 2



Department of
**Corrections**
WASHINGTON STATE

Offender Name: **CHOQUETTE, ETIENNE**

DOC #: **345717**

Date of Birth: **12/14/1963**

**REQUEST TO USE NON-FORMULARY DRUG (NFR)**                    Facility: **WSP**

| ACTION BY PHARMACY AND THERAPEUTICS COMMITTEE |
| :---: |
| *A completed copy of this form must be placed in Legal section of patient's health record.* |

A. Action:  Denied.

B. Comments: Per Clinical Pharmacology the only off-label use of gabapentin in multiple sclerosis has been limited to treatment of nystagmus.  Per Up-to-Date, paroxysmal symptoms "include, but are not limited to pain, trunk and limb paresthesia, weakness, ataxia, pruritis, akinesia, and seizures."  "These paroxysmal attacks typically respond to low doses of anticonvulsants such as carbamazepine and valproic acid and frequently remit after several weeks to months, usually without recurrence.  Newer anticonvulsants such as gabapentin also have been used in small case studies."

Small case studes and low dose therapy do not substantiate sufficient clinical evidence for high dose use of gabapentin.  Please refer this patient's case to CRC for additional review, and if approved then an NFR can be resubmitted at that time.  An alternative would be to work with psych to see if a change in his therapy to include carbamazepine or valproic acid could benefit both his psych needs, as well as his MS needs. I

C. KOP vs. PLN recommendation:

Chairperson P&T Committee or Designee: Michelle Southern,PharmD, CGP

Date of Response:
01/07/2014



COPY

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-091 (06/07/04) OCO                    DOC 650.020                    LEGAL

On 1-17-14 my providers, both Jo Phillips and Dr James Edwards, requested a consultation for me to the Care review committee again includeing my symptoms and Dr. Chung's report were presented. This request was denied on 1-21-14. I am includeing the denial as, again, Public Disclosure was unable to provide me with a copy of the request as well. M.D. G. Steven Hammond is the head of this committee who denied this request. Bernard Warner is again responsable for his employees.

27