

**DENIED**

Department of
Corrections

| OFFENDER I.D. DATA: | **CHOQUETTE, Etienne L.** | |
|---|---|---|
| (Name, DOC#, DOB) | **345717** | **12/14/1963** |
| ProviderOne ID: | **100277378WA** | |

## CONSULTATION REQUEST / REPORT

| FACILITY/UNIT | ERD/PRD | REQUEST DATE |
|---|---|---|
| WSP-Main UNF | 9/25/2034 | 1/17/2014 |

☐ Interpreter needed – Language:              Consult ID: 14343

SCHEDULE TYPE: ☐ Emergent  ☒ Urgent    ☐ Routine within  1  Week(s)

Proposed Intervention:  Determination medical necessity for treatment of neuropathic pain secondary to MS

NAME OF PROVIDER/SPECIALTY TO BE SEEN OR PROCEDURE TO BE DONE

Data to be sent with the patient: ☐ Lab   ☐ X-ray   ☐ H&P   ☐ MAR   ☐ progress note/PER/physician order

☐ Other: _____   ☒ None

Transportation needs: ☐ Car   ☐ Wheel chair van   ☐ Ambulance   ☒ None

Diagnosis <u>and</u> Reason for consultation, summary of present findings and date of onset (for CRC review, include subjective, co-morbidities, previous interventions, medications, examination and diagnostics, ability to perform ADLs, if working, any pain, if applicable):

50 yo with MS. Has been on Gabapentin for many years to control neuropathic pain associated with MS. Most recent NFR renewal was denied. Pt has complained of increased pain and had to quit his job as a result of the amount of pain that he is experiencing.  Dr. Chung, Neurologist states that neuropathic pain is part of MS and recommended in Novermber that his Gabapentin be increased. The NFR was resubmitted with the informaiton that he was no longer working as a result of not having the medication. It was denied again, with the recommendation to to take is case to CRC. Requesting determination for treatment of neuropthatic pain secondary to MS>

Received

JAN 3 1 2014

Medical Records

COPY

Allergies: **Clindamycin/Lincomycin, Trazodone and derivatives, Seroquel.,**  CARE REVIEW COMMITTEE

☐ Series of appointments needed – Number of appointments:

☐ L&I Work injury – Claim # and Description: -

| | SIGNATURE AND TITLE OF REQUESTING PRACTITIONER | DATE |
|---|---|---|
| | Phillips, JoElla L. | 1/21/2014 |

Provider One patient #: 100277378WA     Provider One authorization #:

| CRC TYPE: | ☒ Medical | ☐ Dental | ☐ Hep C | ☐ MH | ☐ Psychiatry |
|---|---|---|---|---|---|

| ☐ Level I by CRC | ☐ Level I by authorizing practitioner/designee |
|---|---|
| ☒ Level III by CRC  *DENIED* | ☐ Level III by authorizing practitioner/designee |

| ☐ Out of state approval: | SIGNATURE AND TITLE OF APPROVING AUTHORITY | DATE |
|---|---|---|
| | Edwards, James J. | 1/21/2014 |

### CONSULTANT: Please complete reverse

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Distribution:  **Original**-Health Record upon completion  **Copies**-as needed

DOC 13-053 (12/06/2012) POL         DOC 610.040     DOC 610.600     DOC 610.650         CONSULTATION

28

On 1-29-14 a request for my medication was presented to the Care Review Committee. The request included a detailed description of my condition and the neurological recomendation from Dr. Chung.

Again with complete knowledge of my symptoms and the recomendations my request was denied.

Bernard Warner as Secretary of D.O.C. being responsible for his employees G. Steven Hammond M.D. as chairman of the Care Review Committee.

29

I am, at this point, includeing that denial.


Department of
Corrections

OFFENDER I.D. DATA: **CHOQUETTE, Etienne L.**
(Name, DOC#, DOB)   345717      12/14/1963

## CARE REVIEW COMMITTEE REPORT

| DATE: | CONSULT ID: | INSTITUTION: | ERD: |
|---|---|---|---|
| 1/29/2014 | 14343 | WSP-Main | 9/25/2034 |

| PRIMARY CARE PRACTITIONER: | ATTENDING PHYSICIAN: | CASE PRESENTED BY: |
|---|---|---|
| , | Phillips, JoElla L. | Phillips, JoElla L. |

**Case Synopsis/Differential or Working Diagnosis:**

50 yo w/ MS. Has been on Gabapentin for many years to control neuropathic pain associated w/ MS. Most recent NFR renewal denied. Pt has c/o increased pain and had to quit his job as a result of the amount of pain that he is experiencing. Dr. Chung, Neurologist states that neuropathic pain is part of MS and recommended in November that Gabapentin be increased. NFR was resubmitted w/ the information that he was no longer working as a result of not having the medication. It was denied again, w/ recommendation to to take case to CRC. Requesting determination for tx of neuropathic pn secondary to MS. **Dx with MS in 09. Hx of lesions and diagnostics discussed. Neurological consultation May 2012, neuro exam unremarkable and recommended PT. Experienced a severe episode of pn and requested a w/c d/t not wanting to fall again. Was recommended to lose weight and strengthen his lower back. Previously had a job stocking in the kitchen. Last neurology was November 13, remains stable on avinex injections and experiencing sx of chronic MS. Recommended for neurontin. NFR for gabapentin was denied with recommended baclofen increase. Kite to provider c/o increased pain and c/o quitting his job d/t pain. C/o feeling inner organs in chest are "vibrating". pn causing nausea, describes locking of jaw and tension. Does his ADLs, requested HSR for program. Custody reports he doesn t go to yard and had quit his job. Discussed PE: ROM, strength. Discussed general neurology versus following with MS specialist. Case discussed by the group and determined it is NOT medically necessary.

**Intervention Proposed:**

Determination medical necessity for treatment of neuropathic pain secondary to MS

**Committee Recommendations:**

Level 3

COPY

Recommendation Legend:    Level I – Approved As Medically Necessary        Level III – Not Approved: Not Medically Necessary

**End Date of Approval** (if indicated):

**Voting Members Present:**

Clifford Johnson, DO; Kelly Remy, PA-C; Kenneth Lauren, MD; Diego Lopez de Castilla, MD; Christine Bunnell, PA-C; Bo Stanbury, PA-C; Mary Keppler, ARNP; Roberta Kanive, ARNP; Patricia Christiansen, PA-C; Sheryl Allbert, ARNP; Martha "Marci" Newlon, ARNP; Frank Longano, MD; William Rollins, MD; Eric Larsen, ARNP; Joan Palmer; Phu Ngo, PA-C; James J. Edwards, MD; Jo Ella Phillips, PA-C; Glenn Silver, ARNP; H. Jon Reyes, PA-C; Ken E. Moore, PA-C; Shirlee M. Neisner, ARNP; Allison Anderson, ARNP; Kenneth Sawyer, MD; G. Steven Hammond, MD

| PRACTITIONER SIGNATURE: |
|---|
| Phillips, JoElla L.    Jo Phillips, PA |

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-395 (12/06/2012)

CONSULTATION

The List of voteing members of the Care Review Committee I have presented as defendants are the members who participated in this denial and the denial on 4-23-14. as standing members. All of whom were well aware of my condition and the cost to me of continueing to deny me my medication.

chairman G. Steven Hammon M.D.

Kelly Remy PA-C

Mary Keppler ARNP

Patricia Cristionson PA-C

Frank Longona M.D.

William Rollins M.D.

Eric Larson ARNP

Joan Palmer

Phu Ngo PA-C

Glenn Silver ARNP

H. Son Reyes

E. Moore PA-C

Kenneth Sawyer M.D.

I would like to point out at this time that none of the voting members are neurologists nor examined me at any time.

On 1-29-14 I recieved the denial for my Level II grievance.

33

I filed the level III grievance on 1-30-14 followed by my tort claim on 2-1-14.

At this point in time pain and haveing a very hard time functioning are a problem. Between Mid dec 2013 and 2-5-14 I have filed 9 medical kites regnesting help. The staff here at W.S.P. has done a great job trying for me.

On 2-6-14 Dr Edwards, here at W.S.P., made another request for a consultation, this time at the UofW M.S. clinic in seattle. This regnest was aproved and is included here..

34



Department of
**Corrections**
WASHINGTON STATE

| | | |
|---|---|---|
| OFFENDER I.D DATA: | **CHOQUETTE, Etienne L.** | |
| (Name, DOC#, DOB) | **345717** | **12/14/1963** |
| ProviderOne ID: | **100277378WA** | |

## CONSULTATION REQUEST / REPORT

| FACILITY/UNIT WSP-Main UNF | ERD/PRD **9/25/2034** | REQUEST DATE 2/6/2014 |
|---|---|---|

☐ Interpreter needed – Language: ▨          Consult ID:   15063

SCHEDULE TYPE:  ☐ Emergent  ☐ Urgent    ☒ Routine within   4   Week(s)

Proposed Intervention:   evaluation by the MS clinic at U of W
NAME OF PROVIDER/SPECIALTY TO BE SEEN OR PROCEDURE TO BE DONE

Data to be sent with the patient: ☐ Lab   ☐ X-ray   ☐ H&P   ☐ MAR   ☒ progress note/PER/physician order

☐ Other: _____   ☐ None

Transportation needs:  ☒ Car   ☐ Wheel chair van   ☐ Ambulance   ☐ None

Diagnosis <u>and</u> Reason for consultation, summary of present findings and date of onset (for CRC review, include subjective, co-morbidities, previous interventions, medications, examination and diagnostics, ability to perform ADLs, if working, any pain, if applicable):

Pt has definite dx of MS and has complaints of neuropathic pain, among other s/s.  This is a somewhat atypical problem in MS.  It has affected some of his daily activities.  He has quit his job, which has not been typical behavior for him.  So after discussion in CRC, it was suggested that he get an evaluation at the U of W.  He then was presented to Medical Director's Conference and it was agreed that he be transferred to MCC for this purpose.

COPY

COPY

Allergies: **n/a,**

☐ Series of appointments needed –   Number of appointments:

☐ L&I Work injury –   Claim # and Description:  -

| SIGNATURE AND TITLE OF REQUESTING PRACTITIONER Edwards, James J. | DATE 2/6/2014 |
|---|---|

Provider One patient #: 100277378WA          Provider One authorization #: ▨

| CRC TYPE: | ☒ Medical | ☐ Dental | ☐ Hep C | ☐ MH | ☐ Psychiatry |
|---|---|---|---|---|---|

☐ Level I by CRC               ☒ Level I by authorizing practitioner/designee

| ☐ Out of state approval: | SIGNATURE AND TITLE OF APPROVING AUTHORITY Edwards, James J. | DATE 2/6/2014 |
|---|---|---|

## CONSULTANT: Please complete reverse

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Distribution:  **Original**-Health Record upon completion  **Copies**-as needed

DOC 13-053 (12/06/2012) POL          DOC 610.040     DOC 610.600     DOC 610.650          CONSULTATION

35

I left Washington state Pen, W.S.P., on 2-12-14. I was suposed to be transfered by car directly to W.S.R. in Monroe Washington but due to some sort of error I was bussed to the transfer station in Shelton Wa. I stayed there for one full week waiting for the next Bus to W.S.R..

When I finally reached my destination, the hospital at W.S.R., I was to Late to confirm my apointment with the specialist at the U of W M.S. clinic. This apointment was Lost.

As W.S.R. has no closed custody, which was at the time my custody level, I was put into isolation at the W.S.R. hospital with no contact with other inmates, no access to my personal property includeing legal work which I had deadlines on, for 3 months.

What yard time I had was in a small area, again, alone. Due to my symptoms and condition I rarely participated in that activity. Spasms and extensive nerve pain even made reading impossible.

37

It took those 3 months to reschedule my apointment with the specialist, get M.R.I.'s and be transfered back to W.S.P. via Shelton.

During those months I recieved the denial of my level III grievance on 3-21-14. On 3-25-14 I recieved the denial of my tort claim.

On 4-17-14 I was able to see neurologist and M.S. specialist Ann Wundes M.D. at the U.of W M.S. clinic in seattle. I am at this point includeing her report.

38

Mindscape Epic Web

Choquette, Etienne ( U3575493) DOB: 12/14/1963

**Etienne Choquette**

| 4/17/2014 10:30 AM  Office Visit | Department: **Uw Medicine Ms Center** | Description: **Male DOB: 12/14/1963** |
| MRN: **U3575493** | CSN/ENC#: **1772810999** | Provider: **Annette Wundes, MD** |

**Patient Demographics**

Address
MONROE CORRECTION COMPLEX
16700  177th AVE , SE
MONROE WA 98272

Phone
360-794-2823 (Home)

**Reason for Visit**

**New Patient**

**Diagnoses**

**Multiple sclerosis**   - Primary
340

**Progress Notes**

Progress Notes sign at close encounter by Wundes, Annette at 4/17/2014 12:45 PM

| Created By: | Wundes, Annette | User Type: | Physician | Created: | 4/17/2014 7:36 AM |
| Note Status: | Sign at close encounter | Cosign: | Cosign Not Required | Note Time: | 4/17/2014 7:36 AM |

### MULTIPLE SCLEROSIS CENTER NEW PATIENT NOTE

**Referral:** 50 year old male who has been kindly referred by Dr. Diego for evaluation of neuropathic pain and \*\*\*consideration of possible multiple sclerosis (MS).

Notes of neurologist Dr. Stephen Chung, Walla Walla Clinic 11/2013 reviewed: seemed stable in setting of outside dx MS but with c/o neuropathic pain and spasticity; recommended baclofen, gabapentin for sx management and continuation Avonex.
Note neurologist Dr. J Chapin 5/2012 reviewed: c/o legs collapsing after 2 steps at times while walking fine all day other days, per assessment no obvious concern MS relapse or neuro-claudicatio
Notes of neurologist Dr. Mariko Kita, Virginia MS Center 8/2009 reviewed when presenting for 2nd opinion re possible CNS demyelinating dz.

- Date of dx: 2009 by MS specialist Dr. Kita with brain and C-spine findings c/w MS, borderline abnormal VEP; diagnosed him with RRMS for dynamics of MRI findings though clinical presentation primarily of pain syndrome and some fleeting symptoms (? progressive features, ?pre-clinical).
- Current DMT:Avonex in 2011 \*\*\*
- Past DMT: Copaxone late 2009-early 2011, switched to Avonex in 2011 b/o only option available in penitentiary in Walla Walla
- Last MRI: 2009 since time of diagnosis
- Relapse/Progression: \*\*\*
- IVMP usage: never
- JC Virus antibody status: nd

Per  chart review Dr. Kita and other VMC providers in 2009
Primarily debilitating chronic pain, primarily LBP, also neck pain.
Referred by pain specialist to neurological evaluation for possible CNS demyelinating disease.

39

Mindscape Epic Web

Known C3 lesion initially thought to be traumatic after MVA but then development of a new C7 lesion raising concern for possible CNS demyelinating dz.
2000 passenger in high-speed MVA, able to walk away from accident scene, following weak but slowly regaining strength, migraines ever since
2009 c/o involurntary body spasms, paresthesia, intermittent diysequilibiriul, sexual df, urinary hesitancy, pain walkign any distance

**Chief Complaint:** New Patient

**History of Present Illness:**
Primary issues are pain and spasms.
In his view, 1st year seemed fairly stabilized while on copaxone x 1.5y. Unsure if given all stressors of arrest, incarceration was stable but feels very definite that Avonex not controlling as well as sx seems getting worse.
Worsening pain and spasms.

Pain:
Most pian is deep in bone most in his legs and in his head

Described ~ 10m ago sudden new onset of pain in half strape across abdomen from belly button to spine, started at groin level and spread to above nipple, into arm pit and down into L thigh. Initially touch felt weird in that area and within 1 week pain in this location. Skin feels thick, pins/needles, burning, nauseating when touched. Cannot walk or exercise b/o increases pain. No new or worsened other neuro sx.
No po or iv steroids.
Sx remained on similar level, may have gotten used to it.
Was started on gabapentin, it was "great" and helped but drug was discontinued though neurologist recommended dose increase.
Since off gabapentin, pain greatly increased.
Was not started on something else, some alternative (?name) discussed but not approved.
Was told not brought back to gabapentin b/o his nerve pain not c/w MS.
Worse areas since dc thigh and L trunk.
Head is also really bad since dc gabapentin.
C/o thick, pins/needles, burning on head in forehead radiates to neck constantly.
Different than migraines but contributes to migraines.

MVA stripe /nerve damage neck and if laying not correctly affects arms.
R foot randomly razor tips strips.

Spasms
Randomly twitches all over
Pretty good spasms in hands/arms at times but majority in BLE and worse at bedtime.
Now increased in severity since off gabapentin. And in the last 1m at Monroe instead of legs going off, now from whole waist goes "whamp".
Daily constant problem.
Whenever relaxes, gets spasms.
Not doing any stretching.

Baclofen though was increased as recommended and helped with spasms. Was increased from 60 to 90 mg immediately, tolerated. Was further increased up 150 mg when gabapentin, nausea and was reduced to 90 mg w/o changing nausea.

40

Vision: ***ON. *** diplopia.
Bilateral blurry vision on/off independent from migraines, dry sockets, sometimes painful moving eyes, never 24h.

Motor: *** weakness, spasticity, spasms.
C/o generalized weakness, not focal.

Sensory: *** numbness, tingling, paresthesia.

Gait/Balance:
- Walks without device, no falls, does not appear to be affected.
- in past used scooter,
- once in WallaWalla needed WC x 2m b/o "was shot down from waist", best guestimate a few years ago, likely in 2012 when saw 1st neurologist. Figured that must be what they mean with relapse b/o iniitally WC x 2m, then walker x 3 wk and then full recovery. Both legs were weak, some incontinence urinary at that time which improved over time.
- per note Dr. Chung 11/2013 using scooter on/off starting 2005 b/o BLE weakness

Bladder/bowel:
- at this point bladder fct "seems to be ok" though some dribbling afterwards, no hestitancy, no UTI.
- no BM, defer ***Constipation. *** sexual df.

Mood:
- H/o depression and anxiety, zoloft feels works well.
- feels last mental PA was "messing with her", unsure if had halluzinations
- No h/o hospitalizations but h/o SA many years ago, doesn't want to talk about it.

Fatigue.
- Endorses both physical or mental fatigue. Body cannot get past the pain, mind never shuts down.
- Sleep varies, in current isolation less sleep, in WallaWalla better sleep with interactions and activities
- Sleep interruped by bladder several times /night , current amount pain and spasticity interfere with sleep.

Memory:
- since MVA both short and long-term memory. Varies, some days better/worse. Big picture somewhat worse, not by a lot
- forgetfulness, distractability, sometime slow thinking.

Temperature sensitivity:
Heat uncomfortable, vague statements.
Cold triggers gives immediate spasms.


Headaches: constant migraine since MVA 2000, never goes away, sometimes worse. N in past, V-, LS+, NS+. Likely mother had migraines.
Head trauma: with MVA 2000, past concussions on/off
LOC: *** no history
MVA:*** no history
Drug use: *** no history, specifically denies use of cocaine or LSD
Meningitis/encephalitis: no history

Mindscape Epic Web

Copaxone:
- tolerated reasonably well, hated daily injections but no AE, unsure if stabilized the MS as not gotten MRI and didn't do reading on MS to bias himself. In his view, 1st year seemed fairly stabilized but feels Avonex not controlling as well as sx seems getting worse.

Avonex:
- makes whole body ache, sick to stomach, tears head apart, no chills, no fever but serious body aches 6-24h despite premedication with each injection
- premedicates with benadryl, naproxen and 2 tylenol which helps, was worse before

----
MRI b, c, t
Avonex
Restart gabapentin

**ROS:**
***

**Past Medical History:** has no past medical history on file.

**Medications:**
No current outpatient prescriptions on file.

No current facility-administered medications for this visit.

**Family History:** family history is not on file.

**Social History:**
History

Social History Narrative
• No narrative on file

**Data:**
Brain MRI +/- contrast  :   Images personally reviewed.
6/2009- per Dr. Kita lesion abuting L posterior horn, small lesion w/i CC.

C-spine MRI +/- contrast  :   Images personally reviewed.
6/2009 - per report lesion at C3 and C7 highly suggestive of MS with new lesion at C7; per Dr. Kita lesion consistent at C3 throughout years and lesion at C7 new in 5/2009, not seen in 12/2006 or 6/2005

T-spine MRI +/- contrast  :   Images personally reviewed.
6/2009 - neg

L-spine MRI 2009: small R disc protrusion L5-S1 with impingement R S1

CSF 7/2009:  Not done.  -- Normal basic profile,  OCB x,  IgG index x.
- per Dr. Kita elevation protein, but too small sample, no OCB or IgG done

VEP : Per report 107 vs 105 ms, bilateral symmetric but delayed which stated as possible or probably WNL. Advise clinical correlation. Per Dr. Kita bilateral borderline abnorma.
SSEP : No prolongation central conduction time.

42

Blood work for MS mimics initiated by Dr. Kita 2009, reviewed wnl.

EEG 2002 VMC: Normal

**Physical Exam:**
There were no vitals taken for this visit.

L 20/40 (past childhood injury), R 20/30
Finger rub L slightly, not R.
BLE hyperreflexes, slightly R>L patella,
2-3 beat lonus bil, babinski neg
{Physical Exams:108734}

**Assesment and Plan:**
Mr. Choquette is a 50 year old male with { :108739}, currently on { :108597}, ***

Neuropathic pain seems c/w MS, suspect new T-spine involvement based on description of onset of truncal pain ~ 10 months ago.

# recommend brain, c-spine and T-spine MRI w/wo. Request comparison to MRI from 2009 for info on interval change.

# recommend to restart gabapentin which is standard treatment and patient describes rx benefit. Please note that though gabapentin primarily provided for neuropathic pain it indeed also helps with spasticity. Although patient was not aware of that, his statements of increase of spasticity since discontinuation of gabapentin seem appropriate. Surely, increased pain also contributes to spasticity as well.
Previously Dr. Chung recommended to increase from 1200mg bid to tid for total of and agree with recommendation but needs to be increased slowly now that off agent for a while, eg start 300 mg tid x 3 days, 600mg tid x 3 days, 900 mg tid x 3 days, then 1200 mg. Slow down if AE.

# I recommend reconsideration of Avonex as DMT. Interferon (Avonex, Betaseron, Rebif) are not a good DMT options in situation of neuropathic pain which from the start has been the primary sx in this patient. It is well documented that IFN increase chronic or neuropathic pain. Because of this diagnosing neurologist Dr. instead started patient on copaxone rather than IFN.
In addition, seemed to have had clinical relapse/worsening while on agent. Final decision re DMT, whether Copaxone or possibly po option Aubagio or Tecfidera, may depend on MRI results.
Happy to consult per e-mail or phone once MRI results available.

# recommend CBCdiff, CMP 2x /y and TSH 1x/y while on Avonex

# recommend Vit B12 and MMA testing b/o h/o neuropathic pain to r/o additional contributing factor. Substitute Vit B12 im monthly x 6 if MMA elevated and/or Vit B12 <300; substitute Vit B12 1000 mg po daily if Vit B12 <400 and MMA nl.

I thank for the kind referral of this patient. Please do not hesitate to contact me directly in case of any questions or concerns. I can be reached most easily by email (awundes@uw.edu) or pager (206-540-0352).

43

Histories, medications and problem list have been reviewed and updated as appropriate: YES.

More than 50% of this encounter was spent in counseling and coordination of patient care with plan outlined above. Face-to-face time with this patient was 60 minutes.

## Vitals - Last Recorded

| BP | Pulse | Temp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 118/73 | 70 | 97 □F (36.1 □C) (Temporal) | 5' 9" (1.753 m) | 251 lb 4.8 oz (113.989 kg) | 37.09 kg/m2 |

## Encounter Messages

No messages in this encounter

Reviewed On: **4/17/2014** By: **Wundes, Annette**

## Allergies as of 4/17/2014

| Allergen | Noted | Type | Reactions |
|---|---|---|---|
| **Seroquel (Quetiapine)** "almost killed me" | 04/17/2014 | Allergy | Shortness of Breath |
| **Trazodone** | 04/17/2014 | Allergy | Shortness of Breath |

## Discontinued Medications

Reason for Discontinue

**Interferon Beta-1a (AVONEX PEN) 30 MCG/0.5ML Intramuscular Kit**

## Outpatient Medications at End of Encounter as of 4/17/2014

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Acetaminophen (TYLENOL EXTRA STRENGTH) 500 MG Oral Tab (Taking)** | | | | |

Sig - Route: one tablet daily (20-30 pills/m) - Oral
Class: Historical
Number of times this order has been changed since signing: **1**
Order Audit Trail

**Aspirin-Acetaminophen-Caffeine (EXCEDRIN MIGRAINE) 250-250-65 MG Oral Tab (Taking)**

Sig - Route: take 2 tablets everyday as needed for migraine (allowed 20 pills/m, takes 2 at a time, would take more if more allowed) - Oral
Class: Historical
Number of times this order has been changed since signing: **1**
Order Audit Trail

**Baclofen 10 MG Oral Tab (Taking)**

Sig - Route: 3 TABLET 3 TIMES DAILY - Oral
Class: Historical
Number of times this order has been changed since signing: **1**
Order Audit Trail

**BusPIRone HCl 15 MG Oral Tab (Taking)**

Sig - Route: decreasing dose take 1 tablet three times a day (reduced dose in Walla Walla) - Oral

44

Class: Historical
Number of times this order has been
changed since signing: **1**
Order Audit Trail

**DiphenhydrAMINE HCl (BENADRYL
OR) (Taking)**
Sig - Route: 25 mg capsule once weekly with avonex - Oral
Class: Historical
Number of times this order has been
changed since signing: **1**
Order Audit Trail

**Interferon Beta-1a (AVONEX
IM) (Taking)**
Sig - Route: once weekly - Intramuscular
Class: Historical

**LamoTRIgine 200 MG Oral
Tab (Taking)**
Sig - Route: take 200 mg twice daily (mood stabilizer) - Oral
Class: Historical
Number of times this order has been
changed since signing: **1**
Order Audit Trail

**Metoprolol Tartrate (LOPRESSOR
OR) (Taking)**
Sig - Route: 25mg tablets one a day (unsure if for HTN or migraines) - Oral
Class: Historical
Number of times this order has been
changed since signing: **1**
Order Audit Trail

**Omeprazole (PRILOSEC OR) (Taking)**
Sig - Route: 20mg  one a day - Oral
Class: Historical

**Promethazine HCl 25 MG Oral Tab**
Sig - Route: 1 tablet twice daily - Oral
Class: Historical

**Sertraline HCl 100 MG Oral
Tab (Taking)**
Sig - Route: twice a day (long-term for bipolar) - Oral
Class: Historical
Number of times this order has been
changed since signing: **1**
Order Audit Trail

**Simvastatin 20 MG Oral Tab (Taking)**
Sig - Route: one tablet daily - Oral
Class: Historical

## All Flowsheet Templates (all recorded)

Vital Data Flowsheet
Review of Systems Flowsheet

## Encounter-Level Documents:

There are no encounter-level documents.

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 4/17/2014 12:24 PM | Visit Summary | Printed | Wundes, Annette |

45

Mindscape Epic Web

| 4/17/2014 | Visit Summary | Printed | Wundes, Annette |
|---|---|---|---|
| 12:28 PM | | | |

**Other Encounter Related Information**

**Problem List**

**History**

**Patient Instructions**

**Immunizations**

Choquette, Etienne ( U3575493) Printed at 4/18/14 9:01 AM

The exam was very in depth and took over 2½ hrs. After the exam Dr. Wundes again prescribed gabopenton for me at 3600 mg per day.

On 4-23-14 Dr Castilla at the W.S.R. hospitol, where he was my medical care provider, at the recomendation of Dr Wundes began to taper me back on the gabopenton.

On 4-23-14 my case was brought before the care review committee again. Includeing Dr Wundes

47

report and recomendations. Also my condition and the symptoms I experienced.

With full knowledge of my condition, symptoms and recomendations of two neurologists, one an M.S. specialist, The care review committee, members have been listed earlier in this statement, denied the request again.

I am includeing that request/denial here. I was not able to get the seperate request as Public Disclosure says they have given

48

me everything they have.

me everything they have.

49



**Department of**
**Corrections**
WASHINGTON STATE

OFFENDER I.D. DATA: **CHOQUETTE, Etienne L.**
(Name, DOC#, DOB)   **345717**   **12/14/1963**

## CARE REVIEW COMMITTEE REPORT

| DATE: 4/23/2014 | CONSULT ID: 18127 | INSTITUTION: MCC-WSR | ERD: 9/25/2034 |
|---|---|---|---|

| PRIMARY CARE PRACTITIONER: | ATTENDING PHYSICIAN: Lopez de Castilla, Diego | CASE PRESENTED BY: Lopez de Castilla, Diego |
|---|---|---|

**Case Synopsis/Differential or Working Diagnosis:**

50 yo man with MS, seen recently at MS clinic at UW. Neurologist recommended restarting gabapentin. Although gabapentin is primarily prescribed for neuropathic pain it also helps with spasticity. The patient reported increase spasticity since he discontinued gabapentin. The recommended dose is 300mg po tid x 3 days, then 600mg po tid x 3, then 900mg po tid x 3, then 1200mg po tid thereafter. This was previously denied by CRC as it was thought to be for neuropathic pain. Gabapentin for spasticity is off-label use and the formulary limit is usually 2400mg a day, so this is also above the suggested limit. It is known to be a drug of abuse in DOC. Exam: c/o pain on L flank and lumbar area. Spasms to BUE and BLE. Takes baclofen for spasms. . Normal neurological exam. Remainder of exam is completely normal. He is able to perform his ADL's and is pretty functional. Not sure why we would prescribe anything for spasticity when he shows no objective signs, only very mild in calves and upper extremity. No atrophy noted. Strength 5/5 in all muscle groups. Reflexes symmetrical, normal gait/balance. He takes interferon for his MS. He has a hx of poly-substance abuse. Dx was made by MRI at Virginia Mason after presenting for pain. While at WSP he was c/o of pain but functioned very well. In the IPU now for over 2 months w/o Gabapentin and is still very functional. Suggested to talk w/ neurologist regarding Gabapentin suggestion. The intervention proposed was discussed and determined it DID NOT meet medical necessity.

**Intervention Proposed:**

Treatment with gabapentin

**Committee Recommendations:**

Level 3

Recommendation Legend:   Level I – Approved As Medically Necessary    Level III – Not Approved: Not Medically Necessary

**End Date of Approval** (if indicated):

**Voting Members Present:**

Clifford Johnson, DO; Edith (Edie) Kroha, ARNP; Dale Robertson, PA-C; Kelly Remy, PA-C; David Lusche, PA-C; Kenneth Lauren, MD; Diego Lopez de Castilla, MD; Christine Bunnell, PA-C; Bo Stanbury, PA-C; Mary Keppler, ARNP; Patricia Christiansen, PA-C; Frank Longano, MD; William Rollins, MD; Eric Larsen, ARNP; Laura Manigo-Hedt, PA-C; Joan Palmer PA-C; Phu Ngo, PA-C; Phoumy Bounkeua, PA-C; James J. Edwards, MD; F. John Smith, MD; Glenn Silver, ARNP; H. Jon Reyes, PA-C; Ken E. Moore, PA-C; Shirlee M. Neisner, ARNP; Kenneth Sawyer, MD; G. Steven Hammond, MD

PRACTITIONER SIGNATURE:

Lopez de Castilla, Diego

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-395 (12/06/2012)

CONSULTATION

*50*

Dr Castilla at this time was forced to remove my prescription for the gabopenton. At this time he also contacted Dr Wundes via E-mail. Her response was pointed explaining gabopenton is the most common and most used nerve pain medication neurologists prescribe. The points she made in this E-mail point directly to deliberate indifference on the part of the committee. I'm includeing that E-mail now.

51

| | |
|---|---|
| **From:** | Hammond, G. Steven (DOC) |
| **To:** | Lopez de Castilla, Diego (DOC) |
| **Cc:** | Lauren, Kenneth B. (DOC); Varon, Michael B. (DOC) |
| **Subject:** | RE: CHOQUETTE #345717 |
| **Date:** | Wednesday, April 23, 2014 1:33:49 PM |

Yes, I would recommend re-presenting in light of the new information.

I beg to differ with some of Dr. Wundes' expressed opinions but that is neither here nor there, although I will grant that she is the expert in evaluating and managing MS.

Having worked in several care settings it is interesting how one's clinical understanding is shaped by different practice experiences.

Thanks,

Steve

**From:** Lopez de Castilla, Diego (DOC)
**Sent:** Wednesday, April 23, 2014 1:03 PM
**To:** Hammond, G. Steven (DOC)
**Cc:** Lauren, Kenneth B. (DOC); Varon, Michael B. (DOC)
**Subject:** RE: CHOQUETTE #345717

Dr. Hammond
Should I represent the case to CRC next week?

Please advise.

Diego

**From:** Annette Wundes [mailto:awundes@uw.edu]
**Sent:** Wednesday, April 23, 2014 12:51 PM
**To:** Lopez de Castilla, Diego (DOC)
**Cc:** Lauren, Kenneth B. (DOC); Hammond, G. Steven (DOC); Varon, Michael B. (DOC)
**Subject:** RE: CHOQUETTE #345717

Dear Diego,
honestly, I don't know how to say this politiely but I yet have to find someone who abuses gabapentin. If that were the case, he would ask for other stuff, like opioids.
But instead he asks for what every neurologist treating MS or neuropathy greatly prefers and prescribes in patients with neuropathic pain which is a very, very common sx in MS and often can be disabling pain. Gabapentin is the most commonly used agent for this symptom and is not associated with tolerance or addiction risk. Often patients with MS need rather high doses and/or alternative other (and more costly) agents like pregabalin or antidepressants like cymbalta. Gabapentin in this situation is a standard approach - esp if we already know its working whereas with every other alternative agent you would run the risk in an individual patient that you cannot predict if working or not and whether side effects or not. If I recall correctly, instead baclofen was increased which is actually NOT a replacement of gabapentin but as my note outlines spasticity can worsen with discontinuation of gabapentin for 2 reasons: a) actually gabapentin has some impact on spasticity as well and b) spasticity is

PDU-33846   000005

52

worse when in pain.

As with pain of other etiology, there is no "objective" test for the degree of neuropathic pain MS patients have by the pure nature of this symptom but again it is a very common and often disabling MS symptom. The amount of neuropathic pain also does not at all correlate with the degree of physical disability. I not at all doubt the presence of Mr. Choquette's pain.

I appreciate that you asked for approval of gabapentin for this patient. I am afraid though that their response demonstrates that they are not really at par with standard medical MS management.
Please let me know if or how I can be of additional help.
Best,
Annette

---

**From:** Lopez de Castilla, Diego (DOC) [dlopezdecastilla@DOC1.WA.GOV]
**Sent:** Wednesday, April 23, 2014 12:17 PM
**To:** Annette Wundes
**Cc:** Lauren, Kenneth B. (DOC); Hammond, G. Steven (DOC); Varon, Michael B. (DOC)
**Subject:** RE: CHOQUETTE #345717

Dear Annette,

Gabapentin is a restricted drug in the Department of Corrections. For that reason I presented Mr. Choquette to the Clinical Review Committee this morning and requested to get approval for gabapentin. The Committee denied the use of gabapentin.

The Committee felt that the use of gabapentin was more based on a clinical symptom (reported by the patient with prior history of Polysubstance abuse) rather than on an objective abnormality on physical exam. The Committee asked me to contact you and ask for your opinion.

Thank you

Diego

---

**From:** Annette Wundes [mailto:awundes@uw.edu]
**Sent:** Tuesday, April 22, 2014 10:55 AM
**To:** Lopez de Castilla, Diego (DOC); Summers, Audrey E. (DOC); Kelly D. Bender; Hillary P. Lipe
**Cc:** Lauren, Kenneth B. (DOC)
**Subject:** RE: CHOQUETTE #345717

Great, Diego.

Hillary,
FYI you will see this patient (who is incarcerated) in FU after MRI. Finalized my note on him as of yesterday night. We can discuss case before my departure to AAN meeting if you have questions.
If there are any questions while I am gone, I'll be back on Fri 5/2.
Dr. Diego Lopez de Castilla and his team work closely together with us on this and another patient with MS. They are great in following up and direct communication.
Best,
A.

PDU-33846    000006

53

Dr Castillo on 4-29-14 again presented my request for gabopenton with the same information as presented on 4-23-14 but with the E-mail from Dr Wunder included. I was started back on gabopenton that day as the care review committee aproved my request.

That is included now.

5.4



Department of
**Corrections**
WASHINGTON STATE

| OFFENDER I.D. DATA: | CHOQUETTE, Etienne L. | |
|---|---|---|
| (Name, DOC#, DOB) | 345717 | 12/14/1963 |

## CARE REVIEW COMMITTEE REPORT

| DATE:<br>4/30/2014 | CONSULT ID:<br>18448 | INSTITUTION:<br>MCC-WSR | ERD:<br>9/25/2034 |
|---|---|---|---|
| PRIMARY CARE PRACTITIONER:<br>, | ATTENDING PHYSICIAN:<br>Lopez de Castilla, Diego | | CASE PRESENTED BY:<br>Lopez de Castilla, Diego |

**Case Synopsis/Differential or Working Diagnosis:**

50yo man with multiple sclerosis c/o neuropathic pain over extremities and muscle spasm. Pain is more over his legs and head. The pain started across the abdomen from the belly button to flank and then to the spine. The pain started >10months ago. Spasms: has random twitches all over his body, more in both legs. He saw a neurologist who recommended gabapentin but is was denied by CRC. Was evaluated at MS clinic at HMC last week. Neurologist recommended gabapentin to treat neuropathic pain and spasms. His case was presented to CRC last week. CRC denied gabapentin for the second time. CRC felt that physical exam did not correlate with patients complains. On exam: normal vital signs, Neuro: CN intact, good functional vision, appropriate pupillary responses, appropriate visual fields, EOMI, no nystagmus, no dysconjugate gaze, no INO , face symmetrical, no facial paresis, facial sensation intact, known hypacusis, able to slightly detect finger rub L slightly, not R. Speech fluent and no dysarthria. Normal gait, normal muscle tone. DTR normal.**case being re-presented for tx of neuropathic pain. Neuro recommendations included start tx of neuropathic pain and spasms. PE reviewed as above. Neuro consulted since last CRC. Pt taking 60mg baclofen TID currently, may also be masking some of his sx. Was recommended to titrate gabapentin up to 1200 TID. Neuro did not comment on baclofen dosing. Multiple neurologists recommending gabapentin. Discussed that the tx is what needs approval, pharmacy will handle the NFR. Case discussed by the group and determined it IS medically necessary.

**Intervention Proposed:**

Treatment of neuropathic pain and spasms secondary to multiple sclerosis



**Committee Recommendations:**

Level 1

Recommendation Legend:    Level I – Approved As Medically Necessary        Level III – Not Approved: Not Medically Necessary

**End Date of Approval** (if indicated):

**Voting Members Present:**

Clifford Johnson, DO; Edith (Edie) Kroha, ARNP; Dale Robertson, PA-C; Kelly Remy, PA-C; David Lusche, PA-C; Kenneth Lauren, MD; Diego Lopez de Castilla, MD; Christine Bunnell, PA-C; Bo Stanbury, PA-C; Mary Keppler, ARNP; Patricia Christiansen, PA-C; Martha "Marci" Newlon, ARNP; William Rollins, MD; Eric Larsen, ARNP; Laura Manigo-Hedt, PA-C; Joan Palmer PA-C; Phu Ngo, PA-C; James J. Edwards, MD; F. John Smith, MD;  Glenn Silver, ARNP; H. Jon Reyes, PA-C; Ken E. Moore, PA-C; Shirlee M. Neisner, ARNP; Allison Anderson, ARNP; Jennifer Ambrose, PA-C; Kenneth Sawyer, MD

| PRACTITIONER SIGNATURE: |
|---|
| Lopez de Castilla, Diego |

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains. or as otherwise permitted by law.

DOC 13-395 (12/06/2012)

CONSULTATION

In early may 2014 I had M.R.I's done at the Uof W M.S. clinic. new liesons were found and my treatment was changed from avonax I shot weekly to a daily shot of copaxone.

On 5-19-14 I Left W.S.R. for Shelton on my first leg home for W.S.P.. On 5-21-14 I left Shelton. and returned to W.S.P.

My isolation at W.S.R. Lasted from 2-18-14 to 5-19-14.

On 4-29-15 at my yearly request my gabopenton was renewed.

56

no new information was presented.

Thank You.

Etienne L. Choquette   345717
W.a. 122
W.S.P.
1313 n 13th ave
Walla Walla Wa
99362

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like continued care for my M.S., includeing yearly checkups and MRIs with the UWW clinic. I ask for damages for pain, and suffering in the sum of $75,000 per defendant and punative damages of $75,000 per defendant. Also a change in policy to decide who qualifies for gabapenton.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of March 20 16 .

_____
(Signature of Plaintiff)

E-FILE DOCUMENT

5

58