UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ETIENNE L CHOQUETTE,

Plaintiff,

v.

BERNARD WARNER,

Defendant.

CASE NO. C15-5838 BHS-JRC

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESSES FOR UNSERVED DEFENDANTS

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Plaintiff was granted leave to proceed in forma pauperis (Dkt. 6) and filed a complaint (Dkt. 7). On January 13, 2016, plaintiff filed an Amended Complaint (Dkt. 10). On March 23, 2016, plaintiff filed a Second Amended Complaint (Dkt. 14). On April 27, 2016, the Court directed service of plaintiff's Second Amended Complaint on the named defendants. Dkt. 17. The Clerk's Office attempted to locate the proper service addresses for each defendant and mailed them the complaint and waivers of service forms. However, returns of service sent to

defendants Southern, Moore, Cristianson, Duval, Larson, Reyes, and Silver were returned to the Court marked unexecuted on May 3, 2016.

Plaintiff is directed to provide the complete names and addresses for defendants Southern, Moore, Cristianson, Duval, Larson, Reyes, and Silver so the Court can again attempt service by mail. These addresses must be provided to the Court on or before July 15, 2016 or the Court will recommend dismissal of this action for failure to prosecute as to the unserved defendants.

Dated this 13th day of June, 2016.

J. Richard Creatura
United States Magistrate Judge