UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ETIENNE L. CHOQUETTE,

          Plaintiff,

    v.

BERNARD E. WARNER, et. al.,

          Defendants.

CASE NO. C15-5838 BHS-JRC

ORDER GRANTING EXTENSIONS

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    On June 13, 2016, the Court ordered plaintiff, proceeding *pro se* and *in forma pauperis,* to provide complete names and addresses for seven unserved defendants. Dkt. 38. On June 27, 2016, defendants filed a motion to dismiss. Dkt. 40.

    Plaintiff Etienne L. Choquette now seeks a ninety-day extension to submit the addresses for the unserved defendants in this matter. Dkt. 42. Plaintiff states that the process is time-consuming requiring additional time to complete. *Id*. Defendants do not object to plaintiff's

1 | request for an extension, however, they do object to the length of time requested.  Dkt. 43.

2 | Defendants do not object to a 30-day extension. *Id.*

3 |     Plaintiff also seeks a sixty-day extension to file his response to defendants' motion to

4 | dismiss.  Dkt. 43.  Plaintiff states that he has limited access to the law library at the Washington

5 | State Penitentiary, has only a high school education and needs additional time to research this

6 | matter.  *Id*.  Defendants object to the length of extension only.   Dkt. 45.  Defendants are not

7 | opposed to a 30-day extension.  *Id*.

8 |     The Court finds that a 30-day extension is reasonable and, therefore, plaintiff's motions

9 | for extensions (Dkts. 42, 43) are granted.  Plaintiff shall submit the full names and addresses of

10 | the unserved defendants on or before September 2, 2016, pursuant to the Court's June 13, 2016

11 | Order.  Plaintiff shall file his response to defendants' motion to dismiss on or before September

12 | 2, 2016.  Defendants may file and serve a reply not later than September 9, 2016.  The Clerk

13 | shall note this matter for the Court's consideration on September 9, 2016.

14 |     Dated this 1st day of August, 2016.

J. Richard Creatura
United States Magistrate Judge