UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ETIENNE L. CHOQUETTE,<br><br>              Plaintiff,<br><br>    v.<br><br>BERNARD E. WARNER, et al.,<br><br>              Defendant. | CASE NO. 3:15-cv-05838-BHS-JRC<br><br>ORDER GRANTING REQUESTS FOR ORAL ARGUMENT |

    This is a civil rights action brought pursuant to 42 U.S.C. § 1983. All parties are represented by counsel.

    On October 16, 2017, defendants filed a motion for summary judgment. Dkt. 82. Plaintiff filed a response requesting oral argument on the motion. Dkt. 90. Plaintiff later filed three motions to exclude testimony of three potential defense witnesses. Dkts. 93, 94, 96. Counsel similarly requested oral argument on these three motions. Defendants' motion is currently noted for the Court's consideration on November 10, 2017. Dkt. 81. Plaintiff's motions are currently

1 noted for the Court's consideration on December 1, 2017. Dkts. 93, 94, 95. Defendants have
2 provided no opposition nor acquiescence to plaintiff's request for oral argument.

3 Accordingly, the Court orders that counsel for the parties appear for oral argument on the
4 above noted motions at Courtroom D of the United States District Court at Tacoma, 1717 Pacific
5 Avenue, Tacoma, WA 98402, on Thursday, December 7, 2017 at 10:00 AM.

6 If this date does not work for a party, the parties must confer and propose an alternate
7 date by Tuesday, December 5, 2017. The parties must then notify the Court by contacting the
8 undersigned's judicial assistance, Sandy Huntington, at sandy_huntington@wawd.uscourts.gov
9 or by telephone at 253-882-3780.

10 The parties should be prepared to discuss the merits of both the motion for summary
11 judgment and the motions to exclude. In addition, the parties should be prepared to explain
12 whether the motions to exclude pertain only to the declarations submitted with the motion for
13 summary judgment, or whether they pertain to both the declarations and to prospective testimony
14 at trial. The parties will have fifteen minutes each to present their arguments to the Court.

15 The Clerk shall send a copy of this order to counsel for both plaintiff and defendants.

16 Dated this 1st day of December, 2017.

J. Richard Creatura
United States Magistrate Judge