UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ETIENNE CHOQUETTE, | JUDGMENT ON JURY VERDICT |
| Plaintiff, | CASE NO. CV15-5838BHS |
| v. | |
| CRIS DUVALL, STEVEN HAMMOND and MICHELLE SOUTHERN, | |
| Defendants. | |

**XX**   **JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___   **DECIDED BY THE COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found that Defendants were deliberately indifferent to Plaintiff's serious medical need and found that the amount of $149,000 in damages will compensate Plaintiff for the harm resulting from any of the Defendants' indifference.

The Jury found that Defendants' conduct was malicious, oppressive, or in reckless disregard of Plaintiff's rights and found that punitive damages were appropriate for each Defendant in the following amounts:

| | |
|---|---|
| Steven Hammond | $200,000 |
| Cris DuVall | $175,000 |
| Michelle Southern | $ 25,000 |

Dated this 2nd day of November, 2018.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment