District Court Judge Benjamin H. Settle
Magistrate Judge J. Richard Creatura

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ETIENNE CHOQUETTE,

    Plaintiff,

  v.

BERNARD WARNER, et al.,

    Defendants.

No. 3:15-cv-05838-BHS-JRC

STIPULATED MOTION TO EXTEND
DEADLINE FOR FILING PLAINTIFF'S
PETITION FOR FEES AND COSTS

**NOTED ON MOTION CALENDAR:
NOVEMBER 13, 2018**

### STIPULATED MOTION

The parties, by and through their respective counsel, jointly request that the Court extend the deadline for Plaintiff to file his motion for taxable costs and his petition for fees and costs under Fed. R. Civ. P. 54 and 42 U.S.C. § 1988 by one week, from Friday, November 16, 2018, to Friday, November 23, 2018 to allow the parties time to negotiate possible resolution of the petition.

DATED this 13th day of November, 2018.

MacDONALD HOAGUE & BAYLESS

By: */s Jesse Wing*
  Tiffany M. Cartwright, WSBA #43564
  tiffanyc@mhb.com
  Jesse Wing, WSBA #27751
  jessew@mhb.com
*Attorneys for Plaintiff*

DATED this 13th day of November, 2018.

ROBERT W. FERGUSON
Attorney General

By: */s Aaron Williams*
  Aaron Williams, WSBA #46044
  Assistant Attorney General
  aaronw@atg.wa.gov

*Attorneys for Defendants*

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that the date for Plaintiff to file his motion for taxable costs and his petition for fees and costs under Fed. R. Civ. P. 54 and 42 U.S.C. § 1988 in this matter is rescheduled to Friday November 23, 2018.

DATED this _____ day of _____, 2018.

_____
Benjamin H. Settle
U.S. DISTRICT COURT JUDGE

Presented by:

MacDONALD HOAGUE & BAYLESS

By: */s Jesse Wing*_____
    Tiffany M. Cartwright, WSBA #43564
    Jesse Wing, WSBA #37751
*Attorneys for Plaintiff*

ROBERT FERGUSON
Attorney General

By: */s Aaron Williams*_____
    Aaron Williams, WSBA #46044
*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND DEADLINE - 2

No. 3:15-cv-05838-BHS-JRC

11255.01 lk131101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled

**Stipulated Motion to Extend Deadline for Filing Plaintiff's Petition for Fees and Costs** with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following person:


Attorney for Defendants Bernard Warner, et al.:


Aaron Williams, WSBA # 46044
Email: aaronw@atg.wa.gov


DATED this 13th day of November, 2018, at Seattle, Washington


/s/Chris Bascom
Chris Bascom, Legal Assistant

STIPULATED MOTION TO EXTEND DEADLINE - 3

No. 3:15-cv-05838-BHS-JRC

11255.01 lk131101

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961